

October 10, 2023

**Via ECF**
Honorable John P. Cronan
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

> The request is granted as modified: The conference scheduled for October 12, 2023, is adjourned *sine die*. The parties shall file a joint status letter advising the Court as to next steps by November 10, 2023. The Clerk of Court is respectfully directed to close Docket Number 12.
>
> SO ORDERED.
> Date: October 10, 2023
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

**Re: Odyssey Therapeutics, Inc. v. Leonard P. Wossnig, No. 23 Civ. 04423 (JPC)**

Dear Judge Cronan:

    We represent Defendant Leonard P. Wossnig. By Order dated September 1, 2023 (Dkt. No. 11), the Court scheduled a telephonic pre-motion conference for October 12, 2023 at 11 a.m. on Defendant's anticipated motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), and/or for forum non conveniens, or, alternatively, to stay this action ("the Motion"). In accordance with Section 3(B) of the Court's Individual Rules and Practices, we write jointly with counsel for Plaintiff Odyssey Therapeutics, Inc. ("OTI") to request a thirty-day adjournment of the conference.

    We make this request because, as referenced in Defendant's August 28, 2023 pre-motion letter, the parties attended a mediation on September 28, 2023 and, we are glad to report, have reached agreement on certain material settlement terms. The parties are actively discussing other material and non-material settlement terms and need additional time to continue those discussions and work out the related settlement documents. In the interest of judicial efficiency, the parties therefore jointly respectfully request that the October 12 pre-motion conference be adjourned for thirty days. If this request is granted, the parties will inform the Court if they are able to conclude settlement discussions before the next pre-motion conference date.

    The Court's considerations are appreciated.

Respectfully Submitted,

Amy F. Shulman
Lindsay M. Goldbrum

cc: David Haller, Esq., Counsel for Plaintiff (via ECF)

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington DC 20005   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com